IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONNA H. WOODS,           ) | | |
|    ID # 56667-177,           ) | | |
|         Movant,        ) | No. 3:23-CV-0768-D | |
| vs.                              ) | No. 3:17-CR–665-D | |
|               ) | | |
| UNITED STATES OF AMERICA,  ) | | |
|         Respondent.  ) | | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, the motion to vacate under § 2255 will be dismissed without prejudice for failure to prosecute or follow court orders.

In accordance with Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), and after considering the record in this case and the recommendation of the magistrate judge, the court denies the movant a certificate of appealability.

If movant files a notice of appeal, she must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed certificate of inmate trust account.

**SO ORDERED**.

August 22, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE